## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLAS ALBANESE,  :  Civil No. 3:21-cv-576

       Petitioner  :  (Judge Mariani)

v.  :

WARDEN SCOTT FINLEY,  :

       Respondent  :

### ORDER

**AND NOW**, this _____ day of October, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus is **DISMISSED** without prejudice. (Doc. 1).

2.    The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge